# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| RITA M. WYATT and SHERLENE DENISE DANIELS, f/k/a Sherlene D. Jones, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC, et al.,<br><br>    Defendants. | Civil Action No. 3:13-cv-00662-JRS |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**
**OF DEFENDANT EARLY WARNING SERVICES, LLC**

Pursuant to Local Rule 7.1, and to enable the Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Early Warning Services, LLC ("EWS") certifies as follows:

The following publicly-held corporations own 10% or more of stock in EWS: (i) Bank of America, N.A. – 22% ownership; (ii) Capital One, N.A. – 22% ownership; (iii) JPMorgan Chase Bank, N.A. – 22% ownership; (iv) Wells Fargo Bank, N.A. – 22% ownership; and (v) Branch Banking & Trust Company – 12% ownership.

Respectfully submitted this 9th day of January, 2014.

                EARLY WARNING SERVICES, LLC
                a/k/a EARLY WARNING SYSTEMS, LLC

                /s/
                Megan S. Ben'Ary (VSB No. 47439)
                Ryan C. Day (VSB No. 76657)
                LeCLAIR RYAN, A Professional Corporation
                2318 Mill Road, Suite 1100
                Alexandria, Virginia 22314
                Telephone:  (703) 684-5933
                Facsimile:  (703) 647-5983
                megan.benary@leclairryan.com
                ryan.day@leclairryan.com

                and

                Craig Bertschi
                Cindy D. Hanson
                (*pro hac vice* applications to be filed)
                KILPATRICK TOWNSEND & STOCKTON LLP
                1100 Peachtree St. NE, Suite 2800
                Atlanta, GA 30309
                Telephone: (404) 815-6500
                Facsimile: (404) 815-6555
                cbertschi@kilpatricktownsend.com
                chanson@kilpatricktownsend.com

                *Counsel for Early Warning Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following counsel of record:

| | |
|---|---|
| Leonard Anthony Bennett<br>Consumer Litigation Associates<br>763 J Clyde Morris Boulevard<br>Suite 1A<br>Newport News, VA 23601<br>lenbennett@cox.net | Robert Dean Perrow<br>Williams Mullen (Richmond)<br>200 South 10th Street<br>16th Floor<br>Richmond, VA 23219<br>bperrow@williamsmullen.com |
| Christopher Colt North<br>751-A Thimble Shoals Blvd.<br>Newport News, VA 23606<br>cnorthlaw@aol.com | Bryan Alan Fratkin<br>McGuireWoods LLP<br>901 E Cary Street<br>Richmond, VA 23219-4030<br>bfratkin@mcguirewoods.com |
| Cindra Myers Dowd<br>Law Offices of Richard J. Serpe, PC<br>580 E Main Street<br>Suite 310<br>Norfolk, VA 23510 | Allison Perry Monger<br>McGuireWoods LLP (Richmond)<br>One James Center<br>901 E Cary Street<br>Richmond, VA 23219-4030<br>amonger@mcguirewoods.com |
| Susan Mary Rotkis<br>Consumer Litigation Associates<br>763 J Clyde Morris Boulevard<br>Suite 1A<br>Newport News, VA 23601<br>srotkis@clalegal.com | Rodney A. Satterwhite<br>McGuireWoods LLP<br>901 E Cary Street<br>Richmond, VA 23219-4030<br>rsatterwhite@mcguirewoods.com |

/s/
Ryan C. Day (VSB No. 76657)
LeCLAIRRYAN, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA 22314
Telephone: (703) 684-8007
Facsimile: (703) 647-5954
ryan.day@leclairryan.com

*Counsel for Early Warning Services, LLC*